ANNA BROTZMAN, Respondent, *v.* MICHAEL LINDENFELD, Appellant.

Supreme Court, Appellate Term, First Department, April 9, 1929.

*Daniel Mungall,* for the appellant.

*Nathan Finkelstein,* for the respondent.

PER CURIAM. The sole claim of negligence herein was that the defendant, an abutting owner, permitted snow and ice to accumulate on a coal hole cover in the highway in front of his premises. The

snow and ice were normal accumulations. Negligence cannot be predicated on the failure of the abutting owner to remove such accumulation, even though there is a city ordinance requiring the owner to remove it. (*City of Rochester* v. *Campbell*, 123 N. Y. 405; *Tremblay* v. *Harmony Mills*, 171 id. 598; *Lee* v. *Ortiz*, 249 id. 613; Thomp. Neg. § 1219.)

Judgment reversed, with thirty dollars costs to appellant, and complaint dismissed on the merits, with costs.

All concur; present, LYDON, CALLAHAN and PETERS, JJ.